IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH DEES a/k/a JOSEPH LEE,

    Defendant.

Criminal No. 11-0110
ELECTRONICALLY FILED

## Verdict Form

**COUNT NO. 1** (Possession with Intent to Distribute)

    \_\_\_\_ Not Guilty
    \_\_\_\_ Guilty

If you have found Defendant, Joseph Dees *not* guilty of possession with intent to distribute a controlled substance as charged in Count No. 1 of the Indictment, *please proceed to the next question*.

If you have found Defendant, Joseph Dees, guilty of possession with intent to distribute a controlled substance as charged in Count No. 1 of the Indictment, *do not answer the following question* and instead, please have your foreperson and all jurors sign this verdict form, and advise the Bailiff that you have reached a verdict.

**LESSER INCLUDED OFFENSE** (Possession of Controlled Substance)

    \_\_\_\_\_ Not Guilty
    \_\_\_\_\_ Guilty

**AFTER HAVING MARKED AN "X" IN ONE OR MORE BOXES ABOVE, PLEASE STOP, HAVE EACH JUROR SIGN AND DATE, THE VERDICT FORM INDICATING YOUR UNANIMOUS AGREEMENT, AND THEN CONTACT THE BAILIFF, AS YOU HAVE REACHED A VERDICT.**

_____  _____
Foreperson

_____  _____

_____  _____

_____  _____

_____  _____

Date: November _____, 2012

cc: All ECF Counsel of Record